In the Matter of the Application of Mary Adelaide Yerkes for the Revocation of the Ancillary Letters Testamentary Issued to Louis S. Owsley, Ancillary Executor, etc., of Charles T. Yerkes, Deceased, Respondent. Charles Sims and Others, as Executors, etc., of Mary Adelaide Yerkes, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Christina Sherman, Respondent, v. Frederick W. Sherman, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. (Laughlin, J., dissenting on the ground that a marriage is not alleged.)

Julius Loewenthal, Respondent, v. Frances Way Haines, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry S. Clement, Jr., Appellant, v. Edgar T. Brackett, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William E. Bloodgood and Others, as Surviving Executors, etc., v. Thomas Lewis and Others, Appellants, Impleaded with Kings County Trust Company, as Executor, etc., Respondent.— Motion denied, with ten dollars costs.

Winifred F. Harding v. Eva K. Conlon and Others.— Motion denied, with ten dollars costs, and stay vacated.

In the Matter of Jacob S. Freedman, an Attorney.— Motion granted. Order to be settled on notice.

Rudolph Moehs and Cæsar Rechnitzer, Respondents, v. Herman H. Shulof, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Lewis Gibelman, Respondent, v. Henry S. Thompson, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of *People* v. *Ringe* (197 N. Y. 143).

Matthew B. Sentner, as Trustee in Bankruptcy of Abraham Goldschlag, Respondent, v. Abraham Goldschlag and Susa Goldschlag, Impleaded with Efroim Samstein and Joseph Samstein, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Davelle C. Bartindale, Respondent, v. Jack W. Bartindale, Appellant. In the Matter of the Application of Jack W. Bartindale, the Defendant Herein, for an Order to Punish the Plaintiff, Davelle C. Bartindale, for Contempt for Misconduct in Failing to Obey the Terms and Conditions of the Final Decree of Divorce Entered on March 8, 1909, and Amended January 14, 1911.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. The United Electric Light and Power Company, Respondent, v. Egbert E. Woodbury and Others, Composing the State Board of Tax Commissioners of the State of New York, Appellants. The City of New York, Intervenor. (Assessment of 1910.)—.Order affirmed, with ten dollars costs and disbursements. No opinion.